No. 46492.—Protests 59441–K, etc., of Herrmann & Jacobs, Inc., et al. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) articles (not fabrics) in part of silk or artificial silk were held not subject to countervailing duty as claimed.